**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRACEY REAM,<br>Plaintiff, | :<br>: | NO. 1:25-CV-00269 |
| v. | :<br>:<br>: | (CAMONI, M.J.) |
| FRANK BISIGNANO,<br>*Commissioner of Social Security*,<br>Defendant. | :<br>:<br>: | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that:

(1) The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **AFFIRMED**;

(2) Final judgment will be entered in the Defendant's favor; and

(3) The Clerk of Court is directed to **CLOSE** this case.

Date: September 22, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge